UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BRIAN SPURLOCK et al., :
:
                      Plaintiffs, :        20-CV-9135 (JPC)
:
      -v- :        ORDER
:
THOMSON REUTERS AMERICA CORPORATION et :
al., :
:
                      Defendants. :
:
-------------------------------------------------------------------
                                                           X

JOHN P. CRONAN, United States District Judge:

      In light of the Court's order referring this case to the Honorable Barbara C. Moses for general pretrial purposes, the Initial Pretrial Conference currently scheduled for March 23, 2021 is ADJOURNED *sine die*.

      SO ORDERED.

Dated: March 8, 2021
       New York, New York
                                                          JOHN P. CRONAN
                                             United States District Judge