```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
BRIAN SPURLOCK et al.,                              :
                                                    :
                        Plaintiffs,                 :     20-CV-9135 (JPC)
                                                    :
            -v-                                     :         ORDER
                                                    :
THOMSON REUTERS AMERICA CORPORATION et              :
al.,                                                :
                                                    :
                        Defendants                  :
                                                    :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a pre-motion letter from Defendant Thomson Reuters America Corp., on behalf of itself and Defendants Adobe Inc., Sipa Press, Inc., and Real Time Images (the "Moving Defendants"), regarding their forthcoming motion to dismiss or stay, Dkt. 48, and Plaintiffs' response to the Moving Defendants' pre-motion letter, Dkt. 50. The Moving Defendants may proceed in filing the motion to dismiss or stay. The Moving Defendants' motion papers are due by May 10, 2021. Plaintiffs' opposition papers are due by May 31, 2021. The Moving Defendants' reply papers, if any, are due June 14, 2021.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given

by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: April 19, 2021
       New York, New York

                                    JOHN P. CRONAN
                              United States District Judge