IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SPURLOCK; STEVEN MITCHELL; ADAM HUNGER; THOMAS RUSSO; GREG COOPER; STEWART MILNE; NOAH MURRAY; IAN RUTHERFORD; STEVEN FLYNN; JAMES E. BROWN; and MARK ZEROF,<br><br>*Plaintiffs,*<br>v.<br><br>THOMSON REUTERS AMERICA CORPORATION; ADOBE INC.; SIPA PRESS, INC.; MAINSTREAM DATA, INC. d/b/a NEWSCOM; TT NEWS AGENCY; NTB SCANPIX; SCANPIX BALTICS; SCANPIX DENMARK; PRESSE SPORTS; IMAGEGLOBE d/b/a BELGA IMAGE; REAL TIME IMAGES; and JOHN DOE COMPANIES 1-10,<br><br>*Defendants.* | No. 20-cv-09135-JPC<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, OR TO STAY PENDING ARBITRATION**

PLEASE TAKE NOTICE that, through their undersigned attorneys, Defendants Thomson Reuters America Corporation; Sipa Press, Inc.; and Adobe Inc. will move this Court before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order (i) dismissing the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure; alternatively (ii) granting summary judgment in the moving Defendants' favor pursuant to Rule 56 of the Federal Rules of Civil Procedure on grounds of release; and alternatively (iii) staying this action, pursuant to the Court's inherent authority, pending the result of an arbitration commenced by Plaintiffs against non-party Imagn Content Services, LLC.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated: May 10, 2021
New York, New York

PATTERSON BELKNAP WEBB & TYLER LLP

By:  /s/ Robert P. LoBue
Robert P. LoBue
David S. Kleban
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
rplobue@pbwt.com
dkleban@pbwt.com

*Counsel for Defendant Thomson Reuters America Corporation*

MILLER KORZENIK SOMMERS RAYMAN LLP

By:  /s/ David Korzenik
David Korzenik
Terence Keegan
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Telephone: (212) 752-9200
dkorzenik@mkslex.com
tkeegan@mkslex.com

*Counsel for Defendant Sipa Press Inc.*

VENABLE LLP

By:  /s/ Meaghan H. Kent
Meaghan H. Kent (*pro hac vice*)
William C. Lawrence
600 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 344-4000
mhkent@venable.com
wclawrence@venable.com

*Counsel for Defendant Adobe Inc.*