UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BRIAN SPURLOCK *et al.*, :
:
Plaintiffs, :
: 20 Civ. 9135 (JPC)
-v- :
: ORDER
THOMSON REUTERS AMERICA :
CORPORATION *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On April 13, 2021, Plaintiffs, joined by three other claimants, filed a demand for arbitration with the American Arbitration Association, both individually and on behalf of a proposed class of others similarly situated, against Imagn Content Services, LLC (the "Arbitration").  It is hereby ORDERED that, by February 24, 2022, Plaintiffs shall file a letter updating the Court as to the Arbitration, including the status of discovery in the Arbitration, any proceedings that have occurred thus far, any upcoming deadlines, and the scheduled dates of any future proceedings or hearing.

    SO ORDERED.

Dated: February 17, 2022
       New York, New York
                                                                       JOHN P. CRONAN
                                                                  United States District Judge