UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SPURLOCK et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>THOMSON REUTERS AMERICA CORPORATION et al.,<br><br>      Defendants. | 20-CV-9135 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect, including Dkt. 87, notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: June 28, 2023
     New York, New York

                   SO ORDERED.

                   *Jessica Clarke*
                   _____
                   JESSICA G. L. CLARKE
                   United States District Judge