UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN SPURLOCK et al.,

                Plaintiffs,

-against-

THOMSON REUTERS AMERICA
CORPORATION et al.,

                Defendants.

20-CV-9135 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The parties' joint status letter was due January 31, 2024. *See* ECF Nos. 87–88. The parties are directed to submit the joint status letter no later than **February 7, 2024**.

Dated: February 2, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge